UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 24-CV-80423-RLR

AFFORDABLE AERIAL PHOTOGRAPHY, INC.,
   Plaintiff,

v.

RYAN WITKOWSKI; and BEACH TOWN REAL
ESTATE, LLC,
   Defendants.
_____/

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

This cause is before the Court on Defense Counsel's Motion to Withdraw as Attorney for Defendant Beach Town Real Estate, LLC. *See* DE 16. It is hereby **ORDERED AND ADJUDGED**:

1. Defense Counsel's Motion to Withdraw [DE 16] is **GRANTED**.

2. Defendant Beach Town Real Estate, LLC is a limited liability company, and it therefore cannot proceed *pro se*. *See Iriele v. Griffin*, 65 F.4th 1280, 1285 (11th Cir. 2023) ("[A] corporation is an artificial entity that can act only through agents, cannot appear *pro se*, and must be represented by counsel." (quoting *Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985)).

3. Defendant Beach Town Real Estate, LLC shall have until September 26, 2024, to retain successor counsel and file a response/answer to the Amended Complaint [DE 14].

4. If Defendant fails to retain successor counsel by September 26, 2024, Plaintiff shall file a motion for clerk's default within seven days of the deadline for the Defendant to answer. Motions for final default judgment, if applicable, shall be filed within seven days of the entry of default.

5. Until successor counsel files a notice of appearance on behalf of Beach Town Real

Estate, LLC, all future filings in this case shall be mailed to Defendant at the address below:

> Beach Town Real Estate, LLC
> ATTN: Kirk Andersen
> 19810 Riverside Drive
> Jupiter, Florida 33469

6. All other deadlines remain unchanged. *See* DE 12.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 27th day of August, 2024.

*/s/ Robin L. Rosenberg*
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record