**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-CV-80423-ROSENBERG**

AFFORDABLE AERIAL
PHOTOGRAPHY, INC.,

      Plaintiff,

v.

RYAN WITKOWSKI and BEACH
TOWN REAL ESTATE, LLC,

      Defendants.
_____/

## MEDIATOR'S REPORT

In accordance with Local Rule 16.2(f)(1) of the Local Rules, the undersigned Mediator reports that a mediation conference was held on December 16, 2024 by Zoom video conference and Plaintiff and Defendant, Beach Town Real Estate, LLC and their representatives attended and the parties reached an impasse.

          Respectfully Submitted,

          MARK STEIN LAW
          1680 Michigan Avenue
          Suite 700
          Miami Beach, Florida 33139
          mark@marksteinlaw.com
          (305) 356-7550 – voice

          By: /s/ Mark E. Stein, Esq.
             Mark E. Stein, Esq.,
               *Mediator*

CASE NO.: 24-CV-80423-ROSENBERG

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 17, 2024, I electronically filed the foregoing document with the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically notices of electronic filing.

/s/ Mark E. Stein, Esq.
Mark E. Stein, Esq.
Florida Bar No. 818666